FILED
August 4, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>ROBERT ROBBIE SCOTT, JR.,<br><br>    Defendant. | Case No. 2:10-CR-0292-LKK<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>ROBERT ROBBIE SCOTT, JR.</u>, Case No. <u>2:10-CR-0292-LKK</u>, Charge <u>Title 18 USC § 371</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    _X_ Bail Posted in the Sum of $ <u>75,000</u>

        _X_ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

        _X_ (Other) <u>with pretrial supervision and conditions of release stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>August 4, 2010</u> at <u>2:40</u> pm.

By _____
Dale A. Drozd
United States Magistrate Judge