superMICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

Attorneys for Defendant
Peter Scott

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PETER SCOTT, et al.,<br><br>    Defendants. | Case No.: 2:10 CR 292 LKK<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERNCE |

    Defendant PETER SCOTT, by and through his attorney, Michael Chastaine and ROBERT SCOTT, by and through him attorney, Matt Bockman, the United States, by and through Assistant United States Attorney Kyle Reardon, hereby stipulate and agree to continue the status hearing in the above-captioned case from Tuesday, November 2, 2010 at 9:15 a.m. to Tuesday, January 11, 2011 at 9:15 a.m. The continuance is requested to allow counsel for the defense to continue to review the discovery and for the defense and government time to evaluate and consider settlement offers. If is further stipulated that the period referred to above is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated: October 26, 2010                   The CHASTAINE LAW OFFICE

                                          By: \_\_\_\_/s/ Michael Chastaine
                                              MICHAEL CHASTAINE
                                              Attorney for Peter Scott

Dated: October 26, 2010     OFFICE OF THE FEDERAL DEFENDER

                            By:     /s/ Matt Bockman
                                    MATT BOCKMAN
                                    Attorney for Robert Scott


Dated: October 26, 2010     BENJAMIN B. WAGNER
                            United States Attorney

                            By:    /s/ Kyle Reardon
                                   KYLE REARDON
                                   Assistant U.S. Attorney


## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Tuesday, November 2, 2010 at 9:15 a.m. be continued to Tuesday, January 11, 2011 at 9:15 a.m. and that the period from November 2, 2010 to January 11, 2011 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated: October 27, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT