DANIEL J. BRODERICK, #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Servic
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT ROBBIE SCOTT, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-10-292 LKK (GGH) |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO MODIFY SPECIAL CONDITIONS OF RELEASE** |
| ROBERT ROBBIE SCOTT, JR., | |
| Defendants. | Judge: Gregory G. Hollows |

It is hereby stipulated and agreed between the parties, Kyle Reardon, Assistant United States Attorney, attorney for plaintiff, and Matthew C. Bockmon, Assistant Federal Defender, attorney for defendant ROBERT ROBBIE SCOTT, JR., that the special conditions of pretrial release set forth in this case on August 4, 2010, be modified as follows:

**Pretrial Services supervision, and all conditions relating to Pretrial Services, are deleted. Specifically, Condition #1, #2, #3, #5, #9, #11, #12, and #13.**

All other conditions of release remain in effect.

///

///

///

///

///

The U.S. Pretrial Services Office and the U.S. Attorney's Office have no objection to the proposed modification.

Dated: September 21, 2011

                                      Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

                                      */s/ Matthew C. Bockmon*
                                      MATTHEW C. BOCKMON
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      ROBERT ROBBIE SCOTT, JR.

Dated: September 21, 2011                  BENJAMIN B. WAGNER
                                      United States Attorney

                                      */s/ Matthew C. Bockmon for*
                                      KYLE REARDON
                                      Assistant U.S. Attorney

## **O R D E R**

UPON GOOD CAUSE SHOWN, and the stipulation of all parties, it is ordered that defendant ROBERT ROBBIE SCOTT, JR.'S, conditions of release, be modified as follows: **Pretrial Services supervision, and all conditions relating to Pretrial Services, are deleted. Specifically, Condition #1, #2, #3, #5, #9, #11, #12, and #13.** All other conditions of release remain in effect.

**IT IS SO ORDERED.**

Dated: September 21, 2011

                                      /s/ Gregory G. Hollows
                                      UNITED STATES MAGISTRATE JUDGE