1  DANIEL BRODERICK, Bar # 89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar # 161566
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   ROBERT ROBBIE SCOTT, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-10-292 LKK |
| Plaintiff, | |
| | **ORDER AFTER HEARING** |
| v. | |
| | Judge: Hon. Lawrence K. Karlton |
| ROBERT ROBBIE SCOTT, JR., | |
| Defendants. | |

This matter came on for Status Conference on September 20, 2011, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Kyle Reardon appeared on behalf of the United States of America. Assistant Federal Defender Matthew C. Bockmon appeared on behalf of Defendant ROBERT ROBBIE SCOTT, JR., who was present out of custody.

A Further Status Conference hearing date of Tuesday, December 20, 2011, at 9:15 a.m., was set.

Accordingly, the parties stipulated and agreed that the time for trial under the Speedy Trial Act should be excluded from September 20, 2011, up to and including December 20, 2011, pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4, and that the ends of justice to be served in continuing this matter to allow the defendants further time to prepare outweigh the best interest of the public and the defendants to a speedy trial.

///

1   Good cause appearing therefor,

2   IT IS ORDERED that this matter is continued to **Tuesday, December 20, 2011, at 9:15 a.m.**, for Further Status Conference.

4   IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4, the period from September 20, 2011, up to and including December 20, 2011, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Dated:  September 26, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT