BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:10-CR-0292 LKK |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| | ) CONTINUING STATUS CONFERENCE |
| ROBERT "Robbie" SCOTT. | ) |
| Defendant. | ) |

**ORDER**

The parties request that the status conference currently set for December 20, 2011, at 9:15 a.m., be continued to April 10, 2012, at 9:15 a.m., and stipulate that the time beginning December 20, 2011, and extending through April 10, 2012, should be excluded from the calculation of time under the Speedy Trial Act. 18 U.S.C. § 3161.

The defendant's matter is being trailed pending Judgment and Sentencing of his codefendant, Peter Scott. A sound resolution of the defendant's case can only be reached after his condefendant is sentenced. As a result, the additional time is

necessary to ensure defense counsel's effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.

Accordingly, the parties believe that the continuance should be excluded from the calculation of time under the Speedy Trial Act. The additional time is necessary to ensure effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4. The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

DATED: December 14, 2011            Respectfully Submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney


                                By: _/s/ Kyle Reardon_____
                                    KYLE REARDON
                                    Assistant U.S. Attorney


DATED: December 14, 2011        By: _/s/ Kyle Reardon_ for
                                    MATTHEW BOCKMON
                                    Attorney for the Defendant

**ORDER**

The status conference for defendant Robert "Robbie" Scott in case number S-10-0292 LKK, currently set for Tuesday, December 20, 2011, at 9:15 a.m., is continued to Tuesday, April 10, 2012, at 9:15 a.m., and the time beginning December 20, 2011, and extending through April 10, 2012, is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161 and Local Code T4. The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: December 15, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT