BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 2:10-CR-0292 LKK |
| Plaintiff, | ) |
| v. | ) MOTION TO DISMISS INDICTMENT AND |
| ROBERT "Robbie" SCOTT, JR., | ) **ORDER** DISMISSING INDICTMENT |
| Defendant. | ) |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, hereby files this motion and proposed order dismissing the indictment against the defendant in the above-captioned matter.

DATED: March 21, 2012            By: Respectfully submitted,

                                     BENJAMIN B. WAGNER
                                     United States Attorney


                                     */s/ Kyle Reardon*_____
                                     KYLE REARDON
                                     Assistant United States Attorney

**O R D E R**

APPROVED AND SO ORDERED.

DATED: MARCH 21, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT